Dated: January 18, 2007



1  Jerome Schreibstein (SBN 154051)
   Stephen K. Robinson (SBN 217898)
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
   San Francisco, California  94111
4  Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863

6  Attorneys for Defendants
   BAYER CORPORATION and BAYER CORPORATION DISABILITY PLANS
7  (*erroneously sued as* BUSINESS SERVICES LONG TERM DISABILITY PLAN)

8
   Laurence F. Padway (SBN 89314)
9  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
10 Alameda, California 94501
   Telephone: (510) 814-6100
11 Facsimile: (510) 814-0650

12
   Attorney for Plaintiff
13 BETTY HOSKINS

14                        UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16

17 BETTY HOSKINS,                          CASE NO. C-06-07589 MMC

18                Plaintiff,               [CORRECTED] STIPULATION
                                           REGARDING DUE DATE FOR
19        v.                               DEFENDANTS' RESPONSE TO
                                           PLAINTIFF'S COMPLAINT FOR ERISA
20 BAYER CORPORATION AND BUSINESS          BENEFITS
   SERVICES LONG TERM DISABILITY
21 PLAN,                                   Judge: Hon. Maxine M. Chesney
22
                  Defendant.
23

24

25

26

27

28

WHEREAS, Defendants were served with Plaintiff's Complaint on December 27, 2006;

WHEREAS, the complaint erroneously names Bayer Corporation and Business Services Long Term Disability Plan as the Defendant, while the correct entity name is BAYER CORPORATION DISABILITY PLANS;

WHEREAS, according to Federal Rule of Civil Procedure 12(a), Defendants' answer is currently due on January 16, 2007;

WHEREAS, due to counsel's recent engagement to represent Defendants, a meaningful response cannot be given by January 16, 2007;

WHEREAS, Plaintiff, on the one hand, and Defendants, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

Defendants will have until January 30, 2007 to respond to Plaintiff's complaint.

**IT IS SO STIPULATED.**

DATED: January 16, 2007           LAW OFFICES OF LAURENCE F. PADWAY

                                  By:   s/Laurence F. Padway
                                        LAURENCE F. PADWAY
                                        Attorney for Plaintiff
                                        BETTY HOSKINS

DATED: January 16, 2007           PAYNE & FEARS LLP

                                  By:   s/Stephen K. Robinson
                                        JEROME SCHREIBSTEIN
                                        STEPHEN K. ROBINSON
                                        Attorneys for Defendants
                                        BAYER CORPORATION and BAYER
                                        CORPORATION DISABILITY PLANS

341559.1

2

[CORRECTED] STIPULATION REGARDING DUE DATE FOR
DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT                Case No. C-06-07589 MMC