Jerome Schreibstein (SBN 154051)
Stephen K. Robinson (SBN 217898)
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
BAYER CORPORATION and BAYER CORPORATION DISABILITY PLANS
(*erroneously sued as BUSINESS SERVICES LONG TERM DISABILITY PLAN*)

Laurence F. Padway (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorney for Plaintiff
BETTY HOSKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY HOSKINS,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER CORPORATION AND BUSINESS SERVICES LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO. C-06-07589 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT FOR ERISA BENEFITS**<br><br>Judge: Hon. Maxine M. Chesney |

WHEREAS, pursuant to the parties' prior stipulation and this Court's Order on January 18, 2007, Defendants currently have until January 30, 2007 to respond to Plaintiff's complaint;

WHEREAS, the parties are currently negotiating whether Plaintiff will file a First Amended Complaint, or Defendants will file a Motion to Dismiss pursuant to Federal Rule of Procedure 12(b)(6);

WHEREAS, Plaintiff will notify Defendants of her final decision by Monday January 29, 2007 whether she will file a First Amended Complaint;

WHEREAS, Plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate to the following:

1. If Plaintiff decides not to file a First Amended Complaint, Defendants will have seven (7) calendar days following notification of such decision, until Monday February 5, 2007, to respond to Plaintiff's Complaint.

2. If Plaintiff elects to file a First Amended Complaint, she will do so on Monday, January 29, 2007.

**IT IS SO STIPULATED.**

DATED: January 25, 2007          LAW OFFICES OF LAURENCE F. PADWAY


                                 By:   s/Laurence F. Padway
                                       LAURENCE F. PADWAY
                                       Attorney for Plaintiff
                                       BETTY HOSKINS


DATED: January 25, 2007          PAYNE & FEARS LLP


                                 By:   s/Stephen K. Robinson
                                       JEROME SCHREIBSTEIN
                                       STEPHEN K. ROBINSON
                                       Attorneys for Defendants
                                       BAYER CORPORATION and BAYER
                                       CORPORATION DISABILITY PLANS

2

STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE
FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT          Case No. C-06-07589 MMC

**IT IS SO ORDERED**

DATED: January 26, 2007

*[signature]*

HON. MAXINE M. CHESNEY
United States District Court Judge
Northern District of California

342728.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

3

STIPULATION AND [PROPOSED] ORDER REGARDING DUE DATE
FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

Case No. C-06-07589 MMC