1  Jerome Schreibstein (SBN 154051)
   Stephen K. Robinson (SBN 217898)
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
4  San Francisco, California 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863

6  Attorneys for Defendants
7  BAYER CORPORATION and BAYER CORPORATION DISABILITY PLANS
   (*erroneously sued as BUSINESS SERVICES LONG TERM DISABILITY PLAN*)

8
   Laurence F. Padway (SBN 89314)
9  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
10 Alameda, California 94501
   Telephone: (510) 814-6100
11 Facsimile: (510) 814-0650

12
   Attorney for Plaintiff
13 BETTY HOSKINS

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 BETTY HOSKINS,                          CASE NO. C-06-07589 MMC

18           Plaintiff,                    **ORDER DENYING
                                           STIPULATION AND [PROPOSED] ORDER
19    v.                                   TO VACATE AND CONTINUE INITIAL
                                           CASE MANAGEMENT CONFERENCE**
20 BAYER CORPORATION AND BUSINESS
21 SERVICES LONG TERM DISABILITY           Judge: Hon. Maxine M. Chesney
   PLAN,
22
23           Defendant.

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO VACATE AND
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE            Case No. C-06-07589 MMC

WHEREAS, under the current scheduling, the parties are to participate in the Initial Case Management Conference on Friday, March 16, 2007;

WHEREAS, the parties wish to vacate and continue the currently scheduled Initial Case Management Conference;

WHEREAS, Plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate to the following:

1. The Initial Case Management Conference will now take place on April 6, 2007.

**IT IS SO STIPULATED.**

DATED: March 15, 2007          LAW OFFICES OF LAURENCE F. PADWAY

By: ___s/Laurence F. Padway___
    LAURENCE F. PADWAY
    Attorney for Plaintiff
    BETTY HOSKINS

DATED: March 15, 2007          PAYNE & FEARS LLP

By: ___s/Stephen K. Robinson___
    JEROME SCHREIBSTEIN
    STEPHEN K. ROBINSON
    Attorneys for Defendants
    BAYER CORPORATION and BAYER
    CORPORATION DISABILITY PLANS

The above stipulation is hereby DENIED. Good cause has not been shown for the requested continuance. The parties shall bring a joint case management statement to the conference.

**IT IS SO ORDERED**

DATED: __March 15__, 2007

_[signature]_
HON. MAXINE M. CHESNEY
United States District Court Judge
Northern District of California

348508.1

2

STIPULATION AND [PROPOSED] ORDER TO VACATE AND
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE                 Case No. C-06-07589 MMC