☐ ORIGINAL

RECEIVED
07 JUN -5 PM 2: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CHARLES M. LOUDERBACH (SBN 88788)
   STEPHEN K. ROBINSON (SBN 217898)
2  PAYNE & FEARS LLP
   Attorneys at Law
3  One Embarcadero Center, Suite 2300
4  San Francisco, California 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863

6  Attorneys for Defendant
7  BAYER CORPORATION DISABILITY PLANS
   (*erroneously sued as BAYER CORPORATION AND*
8  *BUSINESS SERVICES LONG TERM DISABILITY PLAN*)

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY HOSKINS, | CASE NO. C-06-07589 MMC |
| Plaintiff, | SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER |
| v. | |
| BAYER CORPORATION AND BUSINESS SERVICES LONG TERM DISABILITY PLAN, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

Notice is hereby given that Defendant BAYER CORPORATION DISABILITY PLANS substitutes the Law Office of Jerome Schreibstein as their attorney of record in place of Payne and Fears, LLP. The address and telephone number of The Law Office of Jerome Schreibstein, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Law Office of Jerome Schreibstein
275 Battery Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

| | |
|---|---|
| DATED: June 1, 2007 | PAYNE & FEARS, LLP |
| | By: _____ |
| | CHARLES LOUDERBACH |
| | Attorneys for Defendant |
| | BAYER CORPORATION DISABILITY PLANS |

I requested, accept, and consent to substitute The Law Office of Jerome Schreibstein as Defendant BayerHealthCare, LLC's counsel of record in this civil action.

| | |
|---|---|
| DATED: June 1, 2007 | LAW OFFICE OF JEROME SCHREIBSTEIN |
| | By: _____ |
| | JEROME SCHREIBSTEIN |
| | Attorney for Defendant |
| | BAYER CORPORATION DISABILITY PLANS |

I consent to and accept this substitution of attorney.

| | |
|---|---|
| DATED: June 1, 2007 | BAYER CORPORATION DISABILITY PLANS |
| | By: _____ |

**ORDER**

The above substitution of attorney read and considered, IT IS SO ORDERED.

DATED: June 8, 2007                                              _____
                                                                 United States District Court Judge

357644.1

Payne & Fears LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
(415) 398-7860

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, CA 94111.

On June 5, 2007, I served the following document(s) described as on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:
**SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER**

> Laurence F. Padway, SBN 89314
> Law Offices of Laurence F. Padway
> 1516 Oak Street, Suite 109
> Alameda, CA 94501
> Tele: (510) 814-6100
> Fax: (510) 814-0650

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ] **(By Personal Service)** I caused to be delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2007, at San Francisco, California.

*/s/ Alicia S. Carr*
ALICIA S. CARR

350521.1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BETTY HOSKINS,

    Plaintiff,

v.

BAYER CORPORATION AND BUSINESS SERVICES et al,

    Defendant.

                                                                      /

Case Number: CV06-07589 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles M. Louderbach
Stephen K. Robinson
Payne & Fears, LLP
One Embarcadero Center, Suite 2300
San Francisco, CA 94111

Dated: June 8, 2007

                                                Richard W. Wieking, Clerk

                                                *Tracy Lucero*

                                                By: Tracy Lucero, Deputy Clerk