IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY HOSKINS,

    Plaintiff,

  v.

BAYER CORPORATION AND BUSINESS SERVICES LONG TERM DISABILITY PLAN, et al.,

    Defendants.

No. C-06-7589 MMC

**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On August 17, 2007, plaintiff electronically filed a "Motion re: Standard of Review," and a supporting declaration.  Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-referenced documents.  Plaintiff is hereby advised that if she fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1  Court may impose sanctions, including, but not limited to, striking from the record any
2  electronically-filed document of which a chambers copy has not been timely provided to the
3  Court.
4  **IT IS SO ORDERED.**
5  Dated: August 28, 2007

MAXINE M. CHESNEY
United States District Judge