IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY HOSKINS,

Plaintiff,

v.

BAYER CORPORATION AND BUSINESS SERVICES LONG TERM DISABILITY PLAN, et al.,

Defendants.

No. C-06-7589 MMC

**ORDER RE: LETTER REQUEST**

The Court is in receipt of the letter, dated December 10, 2007, from plaintiff's counsel, wherein counsel requests oral argument on the parties cross-motions for summary judgment, previously taken under submission by the Court.[1]

As the instant action is limited to a review of an administrative record, it does not appear at this time that oral argument is necessary. If it later becomes apparent that oral argument would assist the Court, the Court will schedule a hearing on the matter at that time.

**IT IS SO ORDERED.**

Dated: December 27, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] Ordinarily, the Court does not act on letter requests. In the interests of judicial economy and time, the Court has addressed the request.