IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY HOSKINS,

        Plaintiff,

  v.

BAYER CORPORATION AND BUSINESS SERVICES LONG TERM DISABILITY PLAN,

        Defendant.

No. CV-06-7589 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant's motion for judgment is hereby GRANTED and plaintiff's motion for judgment is hereby DENIED.

Dated: June 26, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk